UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| SCOTT ALLEN CONNER, | ) | CASE NO.  08-33461 HCD |
| | ) | CHAPTER 7 |
| | ) | |
| DEBTOR. | ) | |
| | ) | |
| | ) | |
| PERSONAL FINANCE COMPANY, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| vs. | ) | PROC. NO. 08-3099 |
| | ) | |
| SCOTT ALLEN CONNER, | ) | |
| | ) | |
| DEFENDANT. | ) | |

J U D G M E N T

At South Bend, Indiana, on December 22, 2009.

Based on the Memorandum of Decision issued this date, the court grants the Amended Motion for Default filed by the plaintiff Personal Finance Company against the defendant Scott Allen Conner, chapter 7 debtor.  The court enters judgment in favor of Personal Finance Company and against the debtor in the amount of $6,373.39 plus attorney fees and costs.

SO ADJUDGED.

/s/ Harry C. Dees, Jr.
HARRY C. DEES, JR., CHIEF JUDGE
UNITED STATES BANKRUPTCY COURT